CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO 2020 - 09157

GIANNA COLLURA

VERSUS

LOUISIANA CVS PHARMACY, L.L.C., PEPSICO and THE COCA COLA COMPANY

FILED:_____              _____

                                   **DEPUTY CLERK**

## PETITION FOR DAMAGES

The petition of **Gianna Collura,** a person of the full age of majority and resident of and domiciled in the Parish of Jefferson, does with respect represent:

I.

That made defendants herein are:

A.  LOUISIANA CVS PHARMACY, L.L.C., (hereinafter **"CVS"**) a Louisiana limited liability company authorized to do and doing business in the State of Louisiana with its principal place of business in the Parish of East Baton Rouge.

B.  PEPSICO, INC., (hereinafter **"PEPSICO"**)a foreign corporation authorized to do and doing business in the State of Louisiana with its principal place of business in the Parish of East Baton Rouge;

C.  THE COCA-COLA COMPANY, (hereinafter **"COCA-COLA"**) a foreign corporation authorized to do and doing business in the State of Louisiana with it principle place of business in the Parish of East Baton Rouge.

II.

That defendants **CVS, PEPSICO** and **COCA-COLA** are justly and truly indebted unto your petitioner in a true and full sum of more than FIFTY THOUSAND ($50,000) DOLLARS for the following reasons to-wit:

III.

That on or about the 14th day of December, your petitioner, Gianna Collura was a patron of **CVS** located at 5000 North Claiborne Avenue in the Parish of Orleans.

IV.

Plaintiff opened a cooler to retrieve a drink when suddenly and without warning a rack of glass drinks fell from the cooler landing on plaintiff's left foot and cutting plaintiff's left hand.

V.

That the above described acts of negligence and/or omissions were caused solely and/or concurrently through the negligence of **CVS**, through its agents, servants and/or employees, which negligence is more particularly described as follows:

A.   Failing to inspect the cooler to ensure that no glides were broken;

B.   Failing to maintain its premises in a safe manner;

C.   Failing to properly train and instruct its employees in maintaining its property in a safe and hazard-free manner;

D.   Failing to maintain a safe environment for its patrons;

E.   Creating a dangerous and hazardous condition to exist on its premises;

F.   All other acts of negligence which will be more fully shown at the time of trial of this matter.

VI.

That the above described acts of negligence and/or omissions were caused solely and/or concurrently through the negligence of **PEPSICO** through its agents, servants and/or employees, which negligence is more particularly described as follows:

A.   Failing to inspect the cooler to ensure that no glides were broken;

B.   All other acts of negligence which will be more fully shown at the time of trial of this matter.

VII.

That the above described acts of negligence and/or omissions were caused solely and/or concurrently through the negligence of **COCA COLA** through its

agents, servants and/or employees, which negligence is more particularly described as follows:

    A.    Failing to inspect the cooler to ensure that no glides were broken;

    B.    All other acts of negligence which will be more fully shown at the time of trial of this matter

IX.

That as direct result of the collision described herein above, your petitioner **GIANNA COLLURA** sustained injuries to her left foot and left hand requiring medical treatment.

X.

That your petitioner is entitled to recover damages for her physical pain and suffering, mental pain and suffering, loss of earnings, loss of earning capacity, medical expenses, past, present and future and permanent injury.

**WHEREFORE**, petitioner prays that the defendants, **CVS, PEPSICO** and **COCA COLA** be duly cited and served with a copy of this petition and that after due proceedings are had there be judgment rendered herein in favor of plaintiff and against the defendants , **CVS, PEPSICO** and **COCA COLA** in an amount sufficient to adequately compensate her for her damages together with legal interest thereon from date of judicial demand until paid, for all costs of this suit and for all general and equitable relief.

                        **BRUNO & BRUNO, L.L.P.**

BY:_____

            Stephen P. Bruno, #1272
            855 Baronne Street
            New Orleans, Louisiana 70113
            Telephone: 504-525-1335

**A TRUE COPY**

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**PLEASE SERVE**

LOUISIANA CVS PHARMACY, L.L.C.
Through their agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

PEPSICO, INC.
Through their agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

The Coca-Cola Company
Through their agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**ATTORNEY'S NAME:** Bruno, Stephen P 01272
**AND ADDRESS:** 855 Baronne Street , New Orleans, LA 70113-1102

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2020-09157**             **DIVISION: B**             **SECTION: 05**
### COLLURA, GIANNA

**Versus**

### LOUISIANA CVS PHARMACY, L.L.C.  ET AL

## CITATION

TO:        LOUISIANA CVS PHARMACY, L.L.C.

THROUGH:    THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM

3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)

days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA October 29, 2020**

**Clerk's Office, Room 402, Civil Courts**          **CHELSEY RICHARD NAPOLEON, Clerk of**
**421 Loyola Avenue**                              **The Civil District Court**
**New Orleans, LA**                                **for the Parish of Orleans**
                                                   **State of LA**
                                                   **by _____**
                                                   **Patrice Conerly, Deputy Clerk**

---

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON **LOUISIANA CVS PHARMACY, L.L.C.** | ON **LOUISIANA CVS PHARMACY, L.L.C.** |
| THROUGH:  **THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM** | THROUGH: **THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM** |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **LOUISIANA CVS PHARMACY, L.L.C.** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day _____ No. _____ |
| / ENTERED / | |
| PAPER        RETURN | |
| / / | Deputy Sheriff of _____ |
| SERIAL NO.    DEPUTY    PARISH | |

ID: 10564261                                    Page 1 of 1

ATTORNEY'S NAME: Bruno, Stephen P 01272
AND ADDRESS: 855 Baronne Street , New Orleans, LA 70113-1102

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-09157            DIVISION: B            SECTION: 05
                          COLLURA, GIANNA

### Versus

### LOUISIANA CVS PHARMACY, L.L.C. ET AL

### CITATION

TO:            THE COCO-COLA COMPANY

THROUGH:       THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM

               3867 PLAZA TOWER DRIVE, BATON ROUGE , LA 70816

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)

days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 29, 2020**

**Clerk's Office, Room 402, Civil Courts**      **CHELSEY RICHARD NAPOLEON, Clerk of**
**421 Loyola Avenue**                           **The Civil District Court**
**New Orleans, LA**                             **for the Parish of Orleans**
                                                **State of LA**
                                                **by _____**
                                                **Patrice Conerly, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON THE COCO-COLA COMPANY | ON THE COCO-COLA COMPANY |
| THROUGH: THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM | THROUGH: THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said THE COCO-COLA COMPANY being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER        RETURN | _____ No. _____ |
| _____ | Deputy Sheriff of _____ |
| SERIAL NO.    DEPUTY    PARISH | |

ATTORNEY'S NAME:   Bruno, Stephen P 01272
AND ADDRESS:   855 Baronne Street , New Orleans, LA 70113-1102

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2020-09157 | DIVISION: B | SECTION: 05 |
|---|---|---|

COLLURA, GIANNA

**Versus**

### LOUISIANA CVS PHARMACY, L.L.C. ET AL

#### CITATION

TO:        PEPSICO, INC.

THROUGH:   THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM

3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA October 29, 2020**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** _____
**Patrice Conerly, Deputy Clerk**

---

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON PEPSICO, INC. | ON PEPSICO, INC. |
| THROUGH: THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM | THROUGH: THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said PEPSICO, INC., being absent from the domicile at time of said service. |
| No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER            RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.      DEPUTY      PARISH | |

FILED

CIVIL DISTIRCT COURT FOR THE PARISH OF ORLEANS

2020 NOV 24 PM 3: 05

STATE OF LOUISIANA

NO. 2020-09157      DIVISION "B"     CIVIL      SECTION: 5

DISTRICT COURT

GIANNA COLLURA

VERSUS

LOUISIANA CVS PHARMACY, L.L.C., PEPSICO AND
THE COCA-COLA COMPANY

FILED: _____      _____

DEPUTY CLERK

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Coca-Cola

Bottling Company United-Gulf Coast, LLC, incorrectly named in the Petition for Damages as The

Coca-Cola Company (hereinafter referred to as "Defendant"), and upon suggesting to the Court

that additional time for filing responsive pleadings is required by the Defendant, and who request

the Court to grant an extension of thirty (30) days from the due date, or until January 4, 2021,

within which to answer or otherwise respond to the Petition for Damages of plaintiff.

Defendant certifies that this is the first extension of time which Defendant has requested of

this Honorable Court. Counsel for plaintiff, Stephen Bruno, has been contacted and he has no

objection to this Motion.

Respectfully submitted,

**OSTENDORF TATE BARNETT, LLP**

_____

LANCE S. OSTENDORF (LSBA #10271)
JOHN G. ALSOBROOK (LSBA #20080)
JOSEPH F. SCHREMPP (LSBA #38396)
650 POYDRAS ST., SUITE 1460
NEW ORLEANS, LA 70130
TELEPHONE: (504) 324-2244
FACSIMILE: (504) 208-3447
COUNSEL FOR DEFENDANT,
COCA-COLA BOTTLING COMPANY UNITED-
GULF COAST, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all
counsel of record in these proceedings via facsimile and/or by depositing same in the United States
Mail, postage prepaid and properly addressed, this 23rd day November 23, 2020.

_____
JOSEPH F. SCHREMPP

FILED

CIVIL DISTIRCT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

2020 NOV 24  PM 3: 05

NO. 2020-09157                    DIVISION "B"                    CIVIL SECTION: 5
                                                        DISTRICT COURT

GIANNA COLLURA

VERSUS

LOUISIANA CVS PHARMACY, L.L.C., PEPSICO AND
THE COCA-COLA COMPANY

FILED: _____          _____
                                          DEPUTY CLERK

## ORDER

CONSIDERING the above and foregoing Unopposed Motion;

IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time Within

Which to File Responsive Pleadings is hereby granted; and, Defendants have until January 4, 2021,

within which to file responsive pleadings to plaintiff's Petition for Damages.

New Orleans, Louisiana, this _____ day of ____NOV 2 4 2020____, 2020.

_____
JUDGE
(Sgd.) ELLEN M. HAZEUR
Judge - Division "A"

VERIFIED
11 - 25 - 2020

-2-

FILED

CIVIL DISTIRCT COURT FOR THE PARISH OF ORLEANS

2020 NOV 24 PM 3: 05

STATE OF LOUISIANA

CIVIL
DISTRICT COURT

NO. 2020-09157                    DIVISION "B"                    SECTION: 5

GIANNA COLLURA

VERSUS

LOUISIANA CVS PHARMACY, L.L.C., PEPSICO AND
THE COCA-COLA COMPANY

FILED: _____        _____
                                                                    DEPUTY CLERK

## REQUEST FOR NOTICE

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Coca-Cola

Bottling Company United-Gulf Coast, LLC, incorrectly named as The Coca-Cola Company,

hereinafter referred to as ("Defendant"), and pursuant to the provisions of La. C.C.P. Articles 1913

and 1914, hereby request written notice by mail ten (10) days in advance of the signing of any

exceptions, motions, rules, orders and/or judgments herein.

**IT IS FURTHER** requested that the Clerk give written notice of the trial date, or the date

set for hearing or the date of any motions or pleadings, at least ten (10) days before said trial or

hearing date, pursuant to the provisions of La. C.C.P. Article 1572.

Respectfully submitted,

**OSTENDORF TATE BARNETT, LLP**

_____

LANCE S. OSTENDORF (LSBA #10271)
JOHN G. ALSOBROOK (LSBA #20080)
JOSEPH F. SCHREMPP (LSBA #38396)
650 POYDRAS ST., SUITE 1460
NEW ORLEANS, LA 70130
TELEPHONE: (504) 324-2244
FACSIMILE: (504) 208-3447
COUNSEL FOR DEFENDANT,
COCA-COLA BOTTLING COMPANY UNITED-
GULF COAST, LLC